RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
ALFRED KLEIN (SBN 50904)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

*Attorneys for Defendant*
*The Prophet Manassah Jordan Ministries*

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (SBN 249203)
Matthew M. Loker, Esq. (SBN 279939)
2700 N. Main Street, Suite 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq.
411 Camino Del Rio South, Suite 301
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN 216752)
369 S. Doheny Drive, Suite 415
Beverly Hills, California 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JED ALEXANDER, AND SARA KHOSROABADI INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PROPHET MANASSEH JORDAN MINISTRIES,<br><br>Defendant. | CASE NO. 12CV2584 IEG BLM<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |

The parties, through their attorneys of record, jointly move that the Court approve an Order to give defendant until and including November 29, 2012 to file a responsive pleading in this matter. The reason for the extension is that counsel for defendant has been recently retained and has had only minimal contact with defendant, and is awaiting documentation in order to prepare a responsive pleading.

This matter is a class action and it is critical for defense counsel to obtain more information in order to address the class issues and possible defenses.

DATED: November 14, 2012

**RODI POLLOCK PETTKER CHRISTIAN & PRAMOV, A Law Corporation**

By:  /s/ Alfred Klein
Alfred Klein
Attorneys for Defendant The Prophet Manassah Jordan Ministries

DATED: November 14, 2012

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Abbas Kazerounian
Abbas Kazerounian
Matthew M. Loker
Attorneys for Plaintiffs