RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
ALFRED KLEIN (SBN 50904)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for Defendant
The Prophet Manasseh Jordan Ministries

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JED ALEXANDER, AND SARA KHOSROABADI INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PROPHET MANASSEH JORDAN MINISTRIES,<br><br>Defendant. | CASE NO. 12CV2584 IEG BLM<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST (Civil Rule 40.2) |

Defendant THE PROPHET MANASSEH JORDAN MINISTRIES is a non-profit corporation. There are no parent corporations and there is no publicly held company that owns 10% or more of its stock.

DATED: November 14, 2012

RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation


By: _____/s/ Alfred Klein_____
Alfred Klein
Attorneys for Defendant
The Prophet Manasseh Jordan Ministries

600948.1

1

12CV2584 IEG BLM

NOTICE OF PARTY WITH FINANCIAL INTEREST (Civil Rule 40.2)