RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
Alfred Klein (SBN 50904)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

*Attorneys for Defendant*
*The Prophet Manasseh Jordan Ministries*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JED ALEXANDER, AND SARA KHOSROABADI INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PROPHET MANASSEH JORDAN MINISTRIES,<br><br>Defendant. | CASE NO. 12CV2584 IEG BLM<br><br>PROOF OF SERVICE BY MAIL OF NOTICE OF PARTY WITH FINANCIAL INTEREST (Civil Rule 40.2) |

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

On November 16, 2012, I served true copies of the following document(s) described as **PROOF OF SERVICE OF NOTICE OF PARTY WITH FINANCIAL INTEREST (CIVIL RULE 40.2)** on the interested parties in this action as follows:

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq.
Matthew M. Loker, Esq.
2700 N. Main Street, Suite 1000
Santa Ana, California 92705
Tel: (800) 400-6808
Fax: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq.
411 Camino Del Rio South, Suite 301
San Diego, California 92108
Tel: (619) 233-7770
Fax: (619) 297-1022

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq.
369 S. Doheny Drive, Suite 415
Beverly Hills, California 90211
Tel: (877) 206-4741
Fax: (866) 633-0228

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Rodi Pollock Pettker Christian & Pramov's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 16, 2012, at Los Angeles, California.



Lupe Dominguez

601162.1