VENABLE LLP
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:     (310) 229-9900
Facsimile:     (310) 229-9901

Attorneys for Defendant
THE PROPHET MANASSEH JORDAN MINISTRIES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JED ALEXANDER, AND SARA KHOSROABADI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROPHET MANASSEH JORDAN MINISTRIES,<br><br>Defendant. | CASE NO. 12-cv-2584 IEG BLM<br><br>Hon. Irma E. Gonzalez<br>Courtroom No. 1<br><br>**CERTIFICATE OF SERVICE RE DEFENDANT THE PROPHET MANASSEH JORDAN MINISTRIES' ANSWER TO COMPLAINT** |

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )  ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action;  my business address is Venable LLP, 2049 Century Park East, Suite 2100, Los Angeles, California.

On November 29, 2012, I caused a true and correct copy of the document entitled **DEFENDANT THE PROPHET MANASSEH JORDAN MINISTRIES' ANSWER TO COMPLAINT** to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the following registered attorneys of record:

- **Todd M. Friedman**
  tfriedman@AttorneysForConsumers.com,jrea@attorneysforconsumers.com,sweerasuriya@attorneysforconsumers.com,ecampany@attorneysforconsumers.com,nbontrager@attorneysforconsumers.com
- **Abbas Kazerounian**
  ak@kazlg.com,abbas.kazerooni@gmail.com
- **Alfred Klein**
  aklein@rodipollock.com,lxd@rodipollock.com
- **Joshua Swigart**
  josh@westcoastlitigation.com,ecf@westcoastlitigation.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 5, 2012, at Los Angeles, California.


       /s/ Daniel S. Silverman
         Daniel S. Silverman

6262505-v1