**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert L. Hyde, Esq. (SBN 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
Nicholas J. Bontrager (SBN 252114)
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

*Attorneys for Plaintiffs*,
Jed Alexander
Sara Khosroabadi


**VENABLE LLP**
Daniel S. Silverman (SBN 137864)
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Phone:  310-229-9900
Fax:  310-229-9901

*Attorneys for Defendant*
The Prophet Manasseh Jordan Ministries

Notice of Settlement - 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JED ALEXANDER AND SARA KHOSROABADI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE PROPHET MANASSEH JORDAN MINISTRIES**<br><br>Defendant. | **Case No.:** 3:12-cv-02584-IEG-BLM<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Motion and Order for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 27th day of February, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Filed electronically on this 27th day of February, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Irma E. Gonzalez
United States District Court
Southern District of California

Daniel S. Silverman
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles CA 90067

This 27th day of February, 2013.

s/Todd M. Friedman
Todd M. Friedman