**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFFS' COUNSEL LISTED ON SIGNATORY LINE]

*Attorneys for Plaintiffs*,
Jed Alexander; and, Sara Khosroabadi

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JED ALEXANDER; AND, SARA KHOSROABADI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE PROPHET MANASSEH JORDAN MINISTRIES,**<br><br>Defendant. | **Case No.:** 12-cv-2584-IEG (BLM)<br><br>**JOINT MOTION FOR DISMISSAL OF THE ACTION AS TO PLAINTIFFS WITH PREJUDICE AND THE ACTION AS TO THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)**<br><br>**HONORABLE IRMA E. GONZALEZ** |

///
///
///
///
///
///

Plaintiffs JED ALEXANDER; and, SARA KHOSROABADI ("Plaintiffs") and Defendant THE PROPHET MANASSEH JORDAN MINISTRIES ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Plaintiffs and Defendant hereby jointly move to dismiss the Action as to Plaintiffs WITH PREJUDICE and to dismiss the Action as to the putative class members WITHOUT PREJUDICE, based upon a private, confidential settlement agreement.

Date: March 27, 2013                                **KAZEROUNI LAW GROUP, APC**

                                                                    By: _/s/ Abbas Kazerounian_____
                                                                         ABBAS KAZEROUNIAN, ESQ.
                                                                         ATTORNEY FOR PLAINTIFFS

Date: March 27, 2013                                **VENABLE LLP**

                                                                    By: _/s/ Daniel Silverman_____
                                                                         DANIEL SILVERMAN, ESQ.
                                                                         ATTORNEY FOR DEFENDANT

///

///

///

**JOINT MOTION FOR DISMISSAL OF THE ACTION AS TO PLAINTIFFS WITH PREJUDICE AND OF THE ACTION AS TO THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)**                    PAGE 2 OF 3

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Daniel Silverman, counsel for Defendant, and that I have obtained Mr. Silverman's authorization to affix his electronic signature to this document.

Date: March 27, 2013                               **KAZEROUNI LAW GROUP, APC**

                                                           By:  _/s/ Abbas Kazerounian_____
                                                                  ABBAS KAZEROUNIAN, ESQ.
                                                                  ATTORNEY FOR PLAINTIFFS

**[ADDITIONAL PLAINTIFFS' COUNSEL]**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

KAZEROUNI LAW GROUP, APC
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705

JOINT MOTION FOR DISMISSAL OF THE ACTION AS TO PLAINTIFFS WITH PREJUDICE AND OF THE ACTION AS TO THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)                                         PAGE 3 OF 3