UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JED ALEXANDER AND SARA KHOSROABADI, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PROPHET MANASSEH JORDAN MINISTRIES,<br><br>Defendant. | CASE NO.  12-CV-2584-IEG (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 24] |

Before the Court is the parties' joint motion to dismiss the above-captioned putative class action. [Doc. No. 24.]  The Court hereby **GRANTS** the parties' joint motion and **DISMISSES WITH PREJUDICE** the claims of Plaintiffs Jed Alexander and Sara Khosroabadi and **DISMISSES WITHOUT PREJUDICE** the claims of all other putative class members.

**IT IS SO ORDERED.**

**DATED:**   July 25, 2013

**IRMA E. GONZALEZ**
**United States District Judge**